```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 38674
   FREDDIE CLARK
                                               CHAPTER 13

                                               JUDGE: MANUEL BARBOSA

         Debtor
   SSN XXX-XX-5243
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/18/04 and confirmed on 12/13/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $ 16060.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | SECURED | .00 | .00 | .00 |
| JP MORGAN CHASE BANK | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 999.70 | .00 | 251.77 |
| ROUNDUP FUNDING LLC | UNSECURED | 11299.67 | .00 | 2845.75 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 16990.57 | .00 | 4278.97 |
| CREDIT FIRST NA | UNSECURED | 1515.07 | .00 | 381.56 |
| DISCOVER BANK | UNSECURED | 8037.76 | .00 | 2024.26 |
| FIA CARD SERVICES | UNSECURED | 5318.03 | .00 | 1339.31 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1299.78 | .00 | 327.34 |
| ROUNDUP FUNDING LLC | UNSECURED | 3566.83 | .00 | 898.28 |
| ROUNDUP FUNDING LLC | UNSECURED | 436.52 | .00 | 109.93 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1754.06 | .00 | 441.75 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5786.37 | .00 | 1457.26 |

         Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | .00 | .00 | 57004.36 | .00 | 57004.36 |
| PRINCIPAL PAID | .00 | .00 | 14356.18 | .00 | 14356.18 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 14356.18 | .00 | 14356.18 |

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2700.00
and was paid $   1695.00   direct and $   1005.00  through the plan.

The Trustee received $    698.82 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability

in this case.


Dated: 09/09/08                    /S/
                          GLENN STEARNS
                          CHAPTER 13 TRUSTEE